IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01797-MSK-KLM
(Consolidated with Civil Action No. 06-cv-01922 and Civil Action No. 06-cv-02017)

LEON BRITTON, Derivatively on behalf of Delta Petroleum Corporation,

    Plaintiff(s),

v.

ROGER A. PARKER,
ALERON H. LARSON, JR.,
KEVIN K. NANKE,
JOHN R. WALLACE,
JERRIE F. ECKELBERGER,
JAMES B. WALLACE,
RUSSELL S. LEWIS,
JORDAN R. SMITH,
NEAL A. STANLEY,
KEVIN R. COLLINS,
JAMES P. VAN BLARCOM,
TERRY D. ENRIGHT, and
JOHN P. KELLER,

    Defendant(s),

DELTA PETROLEUM CORPORATION,

    Nominal Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Nominal Defendant Delta Petroleum Corporation's Motion for Leave to File a Response Limited to 18 Pages [Docket No. 83, Filed November 19, 2007] ("the motion").

    IT IS **HEREBY ORDERED** that the motion is **GRANTED**. The Court accepts the Response of Nominal Defendant Delta Petroleum Corporation as filed [Docket No. 84, Filed November 19, 2007).

Dated:  November 21, 2007