IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01797-MSK-KLM
(Consolidated with Civil Action No. 06-cv-01922 and Civil Action No. 06-cv-02017)

LEON BRITTON, Derivatively on behalf of Delta Petroleum Corporation,

Plaintiff(s),

v.

ROGER A . PARKER,
ALERON H. LARSON, JR.,
KEVIN K. NANKE,
JOHN R. WALLACE,
JERRIE F. ECKELBERGER,
JAMES B. WALLACE,
RUSSELL S. LEWIS,
JORDAN R. SMITH,
NEAL A. STANLEY,
KEVIN R. COLLINS,
JAMES P. VAN BLARCOM,
TERRY D. ENRIGHT, and
JOHN P. KELLER,

Defendant(s),

DELTA PETROLEUM CORPORATION,

Nominal Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Nominal Defendant Delta Petroleum Corporation's Motion for Leave to Respond to Plaintiff's Notice of Supplemental Authority in Support of Motion for Leave to Amend [Docket No. 93; Filed April 21, 2008] (the "Motion").

IT IS **HEREBY ORDERED** that the Motion is **GRANTED**. The Court accepts for

consideration the Response of Nominal Defendant Delta Petroleum Corporation to Plaintiff's Notice of Supplemental Authority in Support of Motion for Leave to Amend [Docket No. 93-2] as of the date of this Order.

The parties are reminded that pursuant to D.C. Colo. L. Civ. R. 10.1(E), all papers filed with the Court shall be double-spaced [see Docket No. 93].

Dated: April 22, 2008