IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01797-MSK-KLM
(Consolidated with Civil Action No. 06-cv-01922 and Civil Action No. 06-cv-02017)

LEON BRITTON, Derivatively on behalf of Delta Petroleum Corporation,

    Plaintiff(s),

v.

ROGER A. PARKER,
ALERON H. LARSON, JR.,
KEVIN K. NANKE,
JOHN R. WALLACE,
JERRIE F. ECKELBERGER,
JAMES B. WALLACE,
RUSSELL S. LEWIS,
JORDAN R. SMITH,
NEAL A. STANLEY,
KEVIN R. COLLINS,
JAMES P. VAN BLARCOM,
TERRY D. ENRIGHT, and
JOHN P. KELLER,

    Defendant(s),

DELTA PETROLEUM CORPORATION,

    Nominal Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Officer Defendants' Motion for Leave to File Response to Plaintiff's Notice of Supplemental Authority in Support of Motion for Leave to Amend [Docket No. 98; Filed April 22, 2008] (the "Motion").

    IT IS **HEREBY ORDERED** that the Motion is **GRANTED**. The Court accepts for consideration Officer Defendants' Response to Plaintiff's Notice of Supplemental Authority in Support of Motion for Leave to Amend [Docket No. 98-2] as of the date of this Order.

Dated: April 22, 2008